United States District Court
Southern District of Texas
**ENTERED**
May 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEROY FRANKLIN, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-0003 |
| | § | |
| SETERUS, INC., *et al.*, | § | |
|     Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that the parties have resolved their dispute, *see* Joint Notice of Settlement [Doc. # 22], the Court dismisses this case without prejudice to reinstatement of Plaintiffs' claims, if any party represents to the Court on or before **June 29, 2018**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 21st day of **May, 2018.**

*[signature]*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\0003ConditionalDO.wpd    180518.1356