Case 4:17-cv-00003   Document 25   Filed on 07/09/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEROY AND ERICA FRANKLIN, JR.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00003 |
| § | |
| **SETERUS, INC., BANK OF AMERICA** § | |
| **and FEDERAL NATIONAL MORTGAGE** § | |
| **ASSOCIATION, a/k/a FANNIE MAE,** § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

**CAME ON TO BE CONSIDERED** this day the "Joint Stipulation of Dismissal," filed in this cause by Plaintiffs Leroy Franklin, Jr., and Erica Franklin (collectively "Plaintiffs") and Defendants Seterus, Inc. and Federal National Mortgage Association, Inc. (collectively "Defendants") ("Defendants" and together with Plaintiffs, the "Parties").  After considering said Stipulation and the Agreement of the parties expressed therein, the Court **GRANTS** the Joint Stipulation and hereby dismisses with prejudice Plaintiffs' claims against Defendants.  All relief not granted herein is denied.  Costs and attorney's fees are taxed against the party incurring same.

**SO ORDERED** this   9th   day of    July           , 2018, at Houston, Texas.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE